UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMA YAMILETH FUENTES SUAZO, | CASE NO. 2:25-cv-02556-LK |
| Petitioner, | ORDER DISMISSING CASE |
| v. | |
| PAMELA BONDI *et al.*, | |
| Respondents. | |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. No. 21. Petitioner brought this habeas litigation pursuant to 28 U.S.C. § 2241, seeking her release from immigration detention. On January 16, 2026, U.S. Immigration and Customs Enforcement removed Petitioner to Honduras. *See* Dkt. No. 21 at 1. Petitioner is no longer in immigration detention, and because the relief requested—release from custody—is no longer available, the petition is moot.

Pursuant to the parties' stipulation, this case is DISMISSED without prejudice and without an award of costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 2nd day of February, 2026.

Lauren King
United States District Judge

ORDER DISMISSING CASE - 1